**FILED**

**SEP 1 9 2018**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEPOSITORS INSURANCE COMPANY | § | |
| | § | |
| versus | § | NO. SA: 18-CV-00548-OLG |
| | § | |
| ASGI, LLC, d/b/a SHARP GLASS | § | |

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. A report on alternative dispute resolution in compliance with Rule CV-88 shall be filed by **December 31, 2018**.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **October 1, 2018**, and each opposing party shall respond, in writing, by **November 1, 2018**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **December 31, 2018**.

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **April 1, 2019**. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **May 1, 2019**. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than **30** days of receipt of the written report of the expert's proposed testimony, or not later than days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **July 1, 2019**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court

except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions as defined in Rule CV-7(c) shall be filed no later than **August 1, 2019**.

8. This case is set for trial [docket call, or jury selection] on **September 23, 2019** at 9:30 a.m. The parties should consult Rule CV-16 regarding matters to be filed in advance of trial.

**SIGNED** this 19 day of Sept, 2018.

**UNITED STATES DISTRICT JUDGE**